1   JODI LINKER
2   Federal Public Defender
    Northern District of California
3   SAMANTHA JAFFE
    Assistant Federal Public Defender
4   19th Floor Federal Building - Box 36106
    450 Golden Gate Avenue
5   San Francisco, CA 94102
    Telephone:   (415) 436-7700
6   Facsimile:    (415) 436-7706
    Email:        Samantha_jaffe@fd.org
7
8   Counsel for Defendant Suwannabart
9
10              IN THE UNITED STATES DISTRICT COURT
11          FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                   SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,              Case No.: CR 19-177 JD
15                 Plaintiff,              **STIPULATION AND [PROPOSED]**
                                           **ORDER TO CONTINUE STATUS**
16         v.                              **CONFERENCE AND EXCLUDE**
                                           **TIME**
17  SHARDE SUWANNABART,
18                 Defendant.
19
20

21         The above captioned matter is scheduled for a status conference on the Supervised

22  Release Petition ("Form 12") on May 12, 2025. It is hereby stipulated and respectfully

23  requested by counsel for the United States and counsel for Ms. Suwannabart that this status

24  conference be continued to June 23, 2025 at 10:30 a.m.

25         The parties and U.S. Probation are in discussions regarding an agreed upon resolution

26  of the Form 12. The requested continuance will allow for all parties to finalize the terms of

27  //

28  //

such a proposed resolution. Therefore, the parties stipulate and respectfully request that the matter be continued to June 23, 2025 at 10:30 a.m.

IT IS SO STIPULATED.

May 5, 2025                    PATRICK D. ROBBINS
Dated                         Acting United States Attorney
                              Northern District of California

                                      /S
                              _____
                              SLOAN HEFFRON
                              Assistant United States Attorney

May 5, 2025                    JODI LINKER
Dated                         Federal Public Defender
                              Northern District of California

                                      /S
                              _____
                              SAMANTHA JAFFE
                              Assistant Federal Public Defender

**[PROPOSED] ORDER**

Good cause appearing, the status conference currently scheduled for May 12, 2025 is continued to June 23, 2025 at 10:30 a.m.

IT IS SO ORDERED.

May 7, 2025
_____        _____
Dated                           HONORABLE JAMES DONATO
                                United States District Judge

STIPULATION AND [PROPOSED] ORDER
*US V. SUWANNABART*, CR 19-177 JD